**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 29, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00637-CV**

---

**IN RE MAXIM MAXIMOV, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-11741**

---

## MEMORANDUM OPINION

On August 22, 2019, relator Maxim Maximov filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Janice Berg,

presiding judge of the 247th District Court of Harris County, to modify her July 26, 2019 order to defer payment of monetary sanctions until final judgment is rendered.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.